CITY OF BINGHAMTON, Appellant, v. BURTON I. KOFFMAN et al., Respondents.— STALEY, JR., J.

1072

Gibson, P. J.,
Herlihy, Reynolds. Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.